IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50373
Conference Calendar
_____

CHARLIE RAY RUMPH,

                                        Plaintiff-Appellant,

versus

UNK DOUGLAS;
MARLIN POLICE DEPARTMENT,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CV-254
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Charlie Ray Rumph appeals the district court's dismissal of his civil rights complaint under 42 U.S.C. § 1983 for failure to pay the filing fee after having been denied leave to proceed in forma pauperis (IFP). This is essentially a challenge to the district court's finding that Rumph did not submit financial information sufficient to establish that he was financially qualified for IFP status. See Adkins v. E.I. du Pont De Nemours & Co., 335 U.S. 331, 339-40 (1948) (central inquiry is whether

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the movant can afford the costs of the appeal without or deprivation of the necessities of life).  Rumph provided the district court with an affidavit of poverty in support of his motion wherein he stated that he receives a monthly pension, but he did not give the amount of that pension.  The district court did not abuse its wide discretion in denying Rumph's IFP motion. See Flowers v. Turbine Support Division, 507 F.2d 1242, 1244 (5th Cir. 1975).

AFFIRMED.